■ In the Matter of LORETTA HILL, Respondent, v DANIEL RAWISZER, SR., Appellant. [926 NYS2d 913]

We have reviewed the record and agree with the appellant's assigned counsel that, under the circumstances of this case, there are no nonfrivolous issues which could be raised on appeal. Counsel's application for leave to withdraw as counsel is granted (*see Anders v California*, 386 US 738 [1967]; *Matter of Samantha G. [Luis G.]*, 82 AD3d 885 [2011]; *Matter of Paola*, 63 AD3d 743 [2009]; *Matter of Duong v Duong*, 51 AD3d 791 [2008]). Skelos, J.P., Leventhal, Austin and Sgroi, JJ., concur.